## JAMES HUBBARD *vs.* CLARK WENTWORTH.

A debtor's body is not exempted from arrest in this state, because he has been committed in execution in Massachusetts for the same debt, and been there discharged, upon taking the poor debtor's oath.

Debt, upon a judgment rendered by the justices of the circuit court of common pleas, holden at Ipswich, in the county of Essex, in the commonwealth of Massachusetts, on the first Monday of March, 1821.

The defendant alleged, that execution issued upon the said judgment, on the 24th March, 1821, by virtue of which his body was arrested and committed to prison, from which he was discharged on the 23d July, 1821, upon taking the poor debtor's oath, in pursuance of the laws of Massachusetts, whereby his body became exempted from all further liability to be arrested for the same cause, by the laws of that state : he therefore moved the court to award execution in this case against his goods and estate only, and not against his body.

*Burleigh,* for the plaintiff.

*Hodgdon,* for the defendant.

Hubbard
*vs.*
Wentworth.

*By the court.*—The motion, which the defendant has made in this case, cannot prevail.   The exemption of the defendant's body in Massachusetts was local, and cannot be regarded here.   14 *Johnson* 346, *Peck vs. Hozier.*—2 *do.* 193, *Smith vs. Spinola.*—7 *do.* 117, *White vs. Canfield.*—7 *D. & E.* 470, *Maule vs. Murray.*—1 *Dallas* 188, *James vs. Allen.*—2 *East* 453.—1 *Caine's Rep.* 402.—3 *Johnson* 263.—11 *do.* 194.—1 *Bos. & Puller* 138, *Melan vs. Fitzjames.*—5 *Mass. Rep.* 509.—10 *do.* 337.

*Motion overruled.*